List Of creditors for Michae p Reardon

American Home Loans 6 Hutton Centre St.700 Santa Ana CA 92707

First trust deed # 9728716  amount 548000
Second Trust  Deed 0009728717    amount 137000
   Propetry adress 7630 E Corto RD Anahiem CA 92808

MICHAEL REARDON
7630 EAST CORTO ROAD
ANAHEIM CA 92808-1348

AMERICAN HOME LOANS
6 HUTTON CENTRE DRIVE, SUITE 700
SANTA ANA, CA 92707