# United States Bankruptcy Court
# Central District of California

411 West Fourth St, Suite 2030, Santa Ana, CA 92701-4593

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO FILE SCHEDULES, STATEMENTS, OR PLAN WITH 180-DAY RESTRICTION

**DEBTOR(S) INFORMATION:**
REARDON, MICHAEL PATRICK
**SSN:** XXX-XX-7579
**EIN:** N/A
7630 EAST CORTO RD
ANAHEIM, CA 92808

**BANKRUPTCY NO.** SA05-12250-RA

**CHAPTER** 13

---

The debtor has **FAILED** to file schedules, statements, or plan, and/or to obtain an extension of time in which to file said documents as required by Bankruptcy Rule 1007(c). The Court considers this a willful failure to abide by a court order within the meaning of 11 U.S.C. Section 109(g) and/or cause to dismiss the case within the meaning of 11 U.S.C. Section 707(a) and to vary the effect of 11 U.S.C. Section 349(a).

**IT IS ORDERED THAT:**

1) The case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed.

2) Pursuant to 11 U.S.C. Section 109(g) and/or 11 U.S.C. Section 349(a) and 11 U.S.C. Section 105(a), unless leave of the court is first obtained, any refiling of another bankruptcy petition by or against the debtor is prohibited for 180 days from the date this order is entered.

3) Unless leave of the court is first obtained, if another bankruptcy petition is filed by or against the debtor within 180 days from the date this order is entered, the debtor will not be protected by the automatic stay under 11 U.S.C. Section 362. Notwithstanding filing of a subsequent petition by or against the debtor, creditors may evict the debtor or foreclose and sell the debtor's property.

4) Any discharge entered in this case is hereby vacated in its entirety.

For The Court,

**JON D. CERETTO**
Clerk of Court

Dated: April 29, 2005

(Form rev. 03/98) VAN-20    14 /COR

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0973-8         User: COR                  Page 1 of 1              Date Rcvd: May 02, 2005
Case: 05-12250-RA            Form ID: VAN-20            Total Served: 6

The following entities were served by first class mail on May 04, 2005.
D         +REARDON, MICHAEL PATRICK,   7630 EAST CORTO RD,   ANAHEIM, CA 92808-1348
T         +AMRANE COHEN,   770 THE CITY DRIVE SOUTH #3300,   ORANGE, CA 92868-6922
1          EMPLOYMENT DEVELOPMENT DEPARTMENT,   BANKRUPTCY GROUP MIC 92E,   P.O. BOX 826880,
            SACRAMENTO, CA 94280-0001
2         +UNITED STATES TRUSTEE,   411 W FOURTH ST., SUITE 9041,   SANTA ANA, CA 92701-8000
3          FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,   P. O. BOX  2952,   SACRAMENTO, CA 95812-2952
4         +AMERICAN HOME LOANS,   6 HUTTON CENTRE DRIVE, #700,   SANTA ANA, CA 92707-5735

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2005**                    **Signature:** _Joseph Speetjens_